# In the United States Court of Federal Claims

No. 11-377C
(Filed: October 18, 2013)

|  |  |
|---|---|
| RALPH J. LAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff's unopposed motion, filed October 17, 2013, to suspend its response to defendant's motion for summary judgment, currently due October 18, 2013, until after the status conference scheduled on October 31, 2013 is **GRANTED**. Accordingly, briefing on defendant's motion for summary judgment is temporarily suspended.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge